UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KY-YON GRAY,<br><br>             Petitioner,<br><br>     v.<br><br>JACK FOX, Warden,<br><br>             Respondent. | NO. CV 15-3563-DDP (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, to which no objections were filed.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2   the Magistrate Judge's Report and Recommendation and the Judgment herein
3   on counsel for Petitioner and counsel for Respondent.

5        LET JUDGMENT BE ENTERED ACCORDINGLY.

7        DATED:   _February 9, 2016_____.

                                    _____
                                            DEAN D. PREGERSON
                                       UNITED STATES DISTRICT JUDGE

_____