**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GARY KY-YON GRAY, | ) | NO. CV 15-3563-DDP (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JACK FOX, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  _February 9, 2016__.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE